**Order entered March 22, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01246-CR

### JOHNATHAN COOPER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 297th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 1031532D**

## ORDER

Before the Court is appellant's March 19, 2019 motion to extend the time to file appellant's brief. We **GRANT IN PART** the motion and **ORDER** appellant's brief filed on or before **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE